No. 591. GRIECO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry A. Lowenberg* for petitioner. *Solicitor . General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 593. MILLER ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Lee A. Freeman, Brainerd Currie* and *Philip B. Kurland* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, R. L. Farrington, Neil Brooks* and *Donald A. Campbell* for respondents.

No. 594. LEWIS ET AL. v. STAMPOLIS. Supreme Court of Pennsylvania, Western District. Certiorari denied. *John J. Wilson, A. E. Kountz* and *Val J. Mitch* for petitioners. *D. B. Tobe* and *Charles E. McKissock* for respondent.

No. 595. DONOVAN v. ESSO SHIPPING CO. C. A. 3d Cir. Certiorari denied. *T. James Tumulty* for petitioner. *Walter X. Connor* for respondent.

No. 598. SOUTHERN CALIFORNIA GAS Co. v. CITY OF LOS ANGELES. Supreme Court of California. Certiorari denied. *T. J. Reynolds, L. T. Rice* and *Bates Booth* for petitioner. *Roger Arnebergh* and *Bourke Jones* for respondent.

No. 599. PROHOROFF v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.